ARGUED ON FEBRUARY 10, 2022; DECIDED ON DECEMBER 23, 2022

UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT

Center for Biological Diversity, et al.,
    Petitioners

v.

Environmental Protection Agency,
    Respondent

Case No. 15-1054 (and consolidated cases)

**FIFTH STATUS REPORT OF RESPONDENT UNITED
STATES ENVIRONMENTAL PROTECTION AGENCY**

Respondent United States Environmental Protection Agency ("EPA") provides this status report as required by the Court's Order of January 3, 2023. Doc. 1979920. EPA states the following:

    1.    On December 23, 2022, the Court approved and entered the proposed order jointly submitted by the parties, which set dates certain by which EPA must prepare a final Biological Evaluation ("BE") for each of the following pesticide active ingredients: flupyradifurone, bicyclopyrone, benzovindiflupyr, and halauxifen-methyl. Doc. 1978919; Doc. 1979857.[1] The Court ordered EPA to prepare final BEs for two of the active ingredients by September 30, 2025, and the

---

[1] The Court dismissed a fifth petition for review regarding the active ingredient cuprous iodide as moot. Doc. 1978919 at 4.

remaining two active ingredients by September 30, 2027, subject to various conditions. Doc. 1979857 at 2.

2. EPA issued draft BEs for benzovindyflupyr and bicyclopyrone in September 2024. Matuszko Decl. ¶ 9. A 60-day public comment period on the draft BEs closed in November 2024. *Id.* EPA is currently reviewing the public comments for the benzovindyflupyr and bicyclopyrone draft BEs. *Id.*

3. EPA is currently on track to complete the final BEs for all four chemicals at issue in this litigation in accordance with the Court's Order. *Id.* ¶ 10.

Dated: June 30, 2025                     Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

MEREDITH L. FLAX, Deputy Chief

*/s/ John H. Martin*
JOHN H. MARTIN, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace 600
Denver, Colorado 80202
Tel: 303-844-1383

KAMELA A. CASCHETTE
Wildlife & Marine Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611
Tel: (202) 305-0340

                                                Fax: (202) 305-0275
                                                Kamela.Caschette@usdoj.gov

*Counsel for Respondent United States Environmental Protection Agency*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this filing complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this filing was prepared in Microsoft Word with the proportionally spaced typeface of Times New Roman 14-point.

                                                */s/ John H. Martin*
                                                JOHN H. MARTIN

UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

| | |
|---|---|
| *In re:* CENTER FOR BIOLOGICAL DIVERSITY, et al. | Case No. 15-1054 (and consolidated cases: 15-1176, 15-1389, 15-1462, 16-1351) |

DECLARATION OF AMY BLANKINSHIP IN
SUPPORT OF EPA'S FIFTH STATUS REPORT

## I. Background

### A. Introduction.

1. I, Amy Blankinship, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief and that they are based upon my personal knowledge, information contained in the records of the United States Environmental Protection Agency (EPA), or information supplied to me by EPA employees under my supervision and in other EPA offices. *See* 28 U.S.C. § 1746.

1

2. I am the Acting Director of the Environmental Fate and Effects Division (EFED). I have held this position since June 2025. Prior to becoming the Acting Director for EFED, I served as the Deputy Director of EFED from June 2023 until June 2025. Prior to becoming the Deputy Director of EFED, I served as Acting Deputy Director from February 2022 to June 2023 and as a Branch Chief EFED. I have a B.S. in Environmental Chemistry, B.S. in Environmental Science from Lake Superior State University and an M.S. in Environmental Science from Rutgers, The State University of New Jersey.

3. EFED is the division within the Office of Pesticide Programs (OPP) at EPA tasked with assessing the environmental fate and ecological effects of both new and existing conventional pesticides under the Federal Insecticide, Fungicide and Rodenticide Act (FIFRA) for terrestrial and aquatic species, including invertebrates and plants. Part of this responsibility includes evaluating potential effects to species listed as threatened or endangered (listed species) and/or their designated critical habitats under the Endangered Species Act (ESA) and preparing Biological Evaluations (BEs) that EPA provides to the National Marine Fisheries Service (NMFS) and/or the United States Fish and Wildlife Service (FWS) (collectively the Services) when it initiates formal consultation.

4. In my role as Branch Chief, Deputy Director, and now Acting Director of EFED, I have been involved in the evaluation and validation of data submitted to EPA as part of the FIFRA registration or registration review process to assess ecological risks, including risks to both species listed and not listed under the ESA. Additionally, I have been involved in the development of ESA BEs and in the oversight and allocation of division resources necessary to conduct the environmental fate and ecological risk assessments of pesticides necessary for EPA to address its obligations under both FIFRA and the ESA.

5.  This declaration is filed in support of EPA's Fifth Status Report to provide updates on EPA's work to meet this Court's December 23, 2022 Order and the associated Settlement Agreement between the parties.

B.  **EPA's ongoing endangered species work.**

6.  As detailed in previous declarations—Doc. 2006163, First Matuszko Decl. ¶¶ 6–9, Doc. 2033968, Second Matuszko Decl. ¶ 6, Doc. 2062399, Third Matuszko Decl. ¶ 6, and Fourth Matuszko Decl., Doc. 2091854—EPA continues to work towards meeting its ESA obligations on multiple fronts, including by completing effects determinations and initiating consultation with the Service(s), if appropriate, for pesticide actions. Most recently, EPA initiated formal consultation with final BEs on glufosinate-P, florylpicoxamid, 2 neonicotinoids (dinotefuran and acetamiprid) and 11 rodenticides (chlorophacinone, diphacinone and its sodium slat, warfarin and its sodium salt, brodifacoum, bromadiolone, difenacoum, difethialone, bromethalin, cholecalciferol, strychnine, and zinc phosphide).

7. Currently, EPA has committed in litigation to the following schedule for upcoming final effects determinations:[1]

    Sept. 2025    final BEs for bicyclopyrone and benzovindiflupyr[2]

    Sept. 2026    final BEs for four organophosphates in *Ctr. for Biological Diversity v. EPA*[3]

    Sept. 2027    final BEs for flupyradifurone and halauxifen-methyl[4]

    Sept. 2027    final BEs for the remaining four organophosphates in *Ctr. for Biological Diversity v. EPA*[5]

## II. EPA's Status

8. Pursuant to the Parties' joint motion, this Court ordered EPA to prepare, subject to specified caveats, final Biological Evaluations (BE) for two of the four pesticide active ingredients identified in these petitions for review by September 30, 2025 and the remaining two by September 30, 2027.[6] The active ingredients are flupyradifurone, bicyclopyrone, benzovindiflupyr, and halauxifen-methyl.

9. EPA issued its draft BEs for benzovindyflupyr and bicyclopyrone in September 2024, with a 60-day public comment period that

---

[1] This schedule includes dates that EPA has agreed to in settlements, committed to in declarations, or otherwise committed to publicly.

[2] *Ctr. for Biological Diversity v EPA,* Nos. 15-1054, 15-1176, 15-1389, 15-1462, and 16-1351 (D.C. Cir.) (see, for example, Doc. No. 1923343).

[3] *Ctr. for Biological Diversity v. EPA*, No. 3:11-cv-0293 (N.D. Cal.) (see, for example, ECF No. 412). The settlement also provides the option to complete these four along with the four listed for Sept. 2027.

[4] *Ctr. for Biological Diversity v EPA,* Nos. 15-1054, 15-1176, 15-1389, 15-1462, and 16-1351 (D.C. Cir.) (see, for example, Doc. No. 1923343).

[5] *Ctr. for Biological Diversity v. EPA*, No. 3:11-cv-0293 (N.D. Cal.) (see, for example, ECF No. 412).

[6] The Court dismissed the cuprous iodide petition addressed in the December 2022 Order as moot. Doc. 1978919 at 4.

closed in November 2024.[7] EPA is currently reviewing the public comments.

10. EPA remains on track to complete final BEs for all four active ingredients in accordance with the Court's Order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

        Amy Blankinship
        Acting Director
        Environmental Fate and Effects Division
        Office of Pesticide Programs
        U.S. Environmental Protection Agency

---

[7] EPA-HQ-OPP-2024-0457 (bycyclopyrone); EPA-HQ-OPP-2024-0458 (benzovindiflupyr).